60,852-07

From: Charles Bunton
        Allred Unit, TDC#1143771
        2101 FM 369 N.
        Iowa Park, TX 76367

January 30, 2015

To: Court of Criminal Appeals of Texas
     P.O. Box 12308, Capitol Station
     Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 05 2015

Abel Acosta, Clerk

Dear Clerk:

   On March 14, 2014 in cause no. WR-60,852-07 My "Original application for writ of mandamus was received and presented to the Court."
   On April 2, 2014 "the Court... denied without written order <u>motion for leave to file...</u>"

   This Court was aware that the requirement to file a "motion for leave to file" was repealed before—long before I filed my mandamus.

   This Court should go back and rule on my mandamus WR-60,852-07. The Court has all of my documents – EXHIBITS that I cannot afford to pay for anymore because I am indigent. This Court has done an injustice to me in cause above and should address the issues presented in the mandamus – VOID JUDGMENT – from the 3rd C.O.A. where my conviction was wrongly affirmed on direct appeal.

   Respectfully Submitted

   Charles Bunton